# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **WILLIAM CURTIS CAMPBELL, JR.,** ) | | |
|     Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. 2:12cv00040 | |
| ) | **ORDER** | |
| ) | | |
| **CAROLYN W. COLVIN,** ) | | |
|  **Acting Commissioner of Social Security,** ) | By: PAMELA MEADE SARGENT | |
|     Defendant ) | United States Magistrate Judge | |

For the reasons stated in the Report and Recommendation entered on August 20, 2014, the plaintiff's motion for summary judgment is **DENIED**, the Commissioner's motion for summary judgment is **GRANTED**, and the Commissioner's decision denying benefits is **AFFIRMED**.

ENTERED: September 9, 2014.

                                                      /s/ *Pamela Meade Sargent*
                                                      UNITED STATES MAGISTRATE JUDGE